JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FRANCISCO GRANADOS, | Case No. ED CV 20-00496-JGB (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| SHUMWVEY et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

Date: June 15, 2020

JESUS G. BERNAL
United States District Judge